**RUSS AUGUST & KABAT**
Alexander C.D. Giza, State Bar No. 212327
Andrew D. Weiss, State Bar No. 232974
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel:  310.826.7474
Fax:  310.826.6991
Email: agiza@raklaw.com; and
Email: aweiss@raklaw.com

Attorneys for Defendant
TiVo Inc.

**ONE LLP**
Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

[See signature page for additional counsel]

Attorneys for Plaintiff,
DIGITAL CBT LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| Digital CBT LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TiVo, Inc.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. SACV 12-6418 CJC (PJWx)<br><br>**AGREED MOTION TO DISMISS**<br><br>The Honorable Cormac J. Carney<br>United States District Court Judge |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Digital CBT LLC ("Digital CBT") and TiVo Inc. ("TiVo") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Digital CBT against TiVo with prejudice and all claims by TiVo against Digital CBT made therein without prejudice to the re-filing of same.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Dated: May 15, 2014   Respectfully submitted,

**RUSS AUGUST & KABAT**

By: /s/ Andrew D. Weiss
        Andrew D. Weiss

Attorneys for Defendant
TiVo, Inc.

**ONE LLP**

By: /s/ William O'Brien
        William O'Brien

Attorneys for Plaintiff,
DIGITIAL CBT LLC