**RUSS AUGUST & KABAT**
Alexander C.D. Giza, State Bar No. 212327
Andrew D. Weiss, State Bar No. 232974
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Tel:   310.826.7474
Fax:  310.826.6991
Email: agiza@raklaw.com; and
Email: aweiss@raklaw.com

Attorneys for Defendant
TiVo Inc.

**ONE LLP**
Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

[See signature page for additional counsel]

Attorneys for Plaintiff,
DIGITAL CBT LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Digital CBT LLC, <br><br>    Plaintiff, <br><br> vs. <br><br> TiVo, Inc., <br><br>    Defendant. <br> AND RELATED COUNTERCLAIMS | Case No. SACV 12-6418 CJC (PJWx) <br><br> **ORDER OF DISMISSAL** <br><br> The Honorable Cormac J. Carney <br> United States District Court Judge |

Plaintiff Digital CBT LLC ("Digital CBT") and Defendant TiVo Inc. ("TiVo") have announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against TiVo by Digital CBT herein are dismissed with prejudice to the re-filing of same, and all claims against Digital CBT by TiVo here are dismissed without prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

Signed this 16th day of May, 2014.

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL